# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DOROTHY BANISH MADDEN

VERSUS

STEVEN RAY FAIRBURN, K.S.
TIMBER COMPANY, INC., PLAZA
INSURANCE COMPANY, XYZ
INSURANCE COMPANY, & CAPITAL
SPECIALTY INSURANCE
CORPORATION

NO.  2022 CW 1206

**FEBRUARY 1, 2023**

---

In Re:    Dorothy Banish Madden, applying for supervisory writs,
          22nd Judicial District Court, Parish of Washington,
          No. 111549.

---

**BEFORE:   GUIDRY, C.J., WELCH, HOLDRIDGE, WOLFE AND MILLER, JJ.**

**WRIT  GRANTED.**   We find the trial court abused its discretion in denying plaintiff leave to file the first amended petition for damages. Amendment of pleadings should be liberally allowed provided that the movant is acting in good faith, the amendment is not sought as a delaying tactic, the opponent will not be unduly prejudiced, and trial on the issues will not be unduly delayed. **Palowsky v. Cork**, 2019-0148 (La. App. 1st Cir. 5/20/20), 304 So.3d 867, 875.  We conclude those four factors are satisfied in this case.  Accordingly, that portion of the trial court's October 5, 2022 judgment is reversed and we hereby grant plaintiff's, Dorothy Banish Madden, motion for leave to file the first amended petition for damages.  The trial court further denied as moot the exception of prescription filed by defendant, Capitol Specialty Insurance Corporation.  In light of our granting plaintiff leave to amend, that portion of the trial court's October 5, 2022 judgment is hereby vacated and the peremptory exception raising the objection of prescription is remanded to the trial court for further proceedings.

JMG
JEW
GH
SMM

**Wolfe, J.,** dissents and would deny the writ. The criteria set forth in **Herlitz Constuction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

---
DEPUTY CLERK OF COURT
    FOR THE COURT